## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Myriam Rodriguez,

       Plaintiff,                  Civil 10-1449 (RHK/JJG)

vs.                           **DISQUALIFICATION AND**
                                **ORDER FOR REASSIGNMENT**

Pfizer Inc., et al.,

       Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: April 15, 2010

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge